## DOUGLAS v. THE MICHIGAN ROAD COMPANY.

APPEAL from the *Clinton* Court of Common Pleas.

*Per Curiam.*—In this case, there are no errors assigned upon the record. The cause is, therefore, not properly before us. The appeal must be dismissed.

The appeal is dismissed with costs.